THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RGN-GROUP HOLDINGS, LLC, et al., | ) | BK Case No. 20-11961-BLS |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| RGN-GROUP HOLDINGS, LLC, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-1430-RGA |
| | ) | |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) ) ) ) | Bankruptcy BAP No. 21-71 |
| | ) | |
| Appellee. | ) | |
| | ) | |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) ) ) ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-1476-RGA |
| | ) | |
| RGN-GROUP HOLDINGS, LLC, et al., | ) | Bankruptcy BAP No. 21-73 |
| | ) | |
| Appellee. | ) | |

**RECOMMENDATION**

At Wilmington this **8th** day of **December, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on November 8, 2021 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of that teleconference, a videoconference mediation occurred on December 7, 2021.

WHEREAS, no resolution of this matter occurred and further mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter along with the companion matters noted in the caption above be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Judge Christopher J. Burke
Christopher J. Burke
United States Magistrate Judge